# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MARY ANN O'NEAL, BEVERLY WILKINS,**
**and BEVERLY STEWART,**

                **Plaintiffs,**

**v.**                                        **CIV. No. 97-261 JP/DJS**

**DONNA SHALALA, SECRETARY OF**
**THE DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES,**

                **Defendant.**

## MEMORANDUM OPINION AND ORDER

On March 8, 1999, Defendant filed her unopposed motions to exceed the page limits on both her brief and the supporting exhibits in support of her motion for summary judgment (Docs. No. 130 and 131). Defendant contends that the "complexity of the issues" in this rather straightforward Title VII sexual harassment case require her to file a 45 page motion and brief and hundreds of pages of exhibits. After reviewing the courtesy copy of the brief and exhibits presented to the court, I see no reason that Defendant cannot comply with D.N.M.LR-Civ. 7.7 and 10.5.

IT IS THEREFORE ORDERED that:

(1) Defendant's "Unopposed Motion to File Defendant's Motion for Summary Judgment and Memorandum in Excess of Twenty-Seven (27) Pages" (Doc. No. 130) is DENIED; and

(2) Defendant's "Unopposed Motion to File Defendant's Report of Investigation in Support of Defendant's Motion for Summary Judgment with Exhibits Which Are in Excess of Fifty (50) Pages" (Doc. No. 131) is DENIED.

_____
**UNITED STATES DISTRICT JUDGE**